UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

WILLIAM T. MARTIN,            )
                              )
    Petitioner,           )
                              )
v.                            )   No. 1:12-0037
                              )   Chief Judge Haynes
                              )
JOE EASTERLING, Warden,       )
                              )
    Respondent.           )

O R D E R

In accordance with the Memorandum filed herewith, the Respondent's motion to dismiss (Docket Entry No. 30) is **GRANTED** and the Petitioner's motion for DNA evidence medical tests in case (Docket Entry No. 39) is **DENIED**. This action is **DISMISSED with prejudice** as untimely under 28 U.S.C. § 2244(d)(1). The Court **DECLINES** to issue a Certificate of Appealibility under 28 U.S.C. § 2253(c)..

This is the Final Order in this action.

It is so **ORDERED**.

    **ENTERED** this the _____ day of October, 2012.

                                      WILLIAM J. HAYNES, JR.
                                      Chief United States District Judge

9